G. Thomas Martin, III, Esq. (SBN 218456)
**PRICE LAW GROUP, APC**
15760 Ventura Blvd., Suite 1100
Encino, CA 91436
T: (818) 907-2030; F: (818) 205-2730
tom@pricelawgroup.com

Attorneys for Plaintiff,
RONALD ROLLINS

**GRANTED**
/s/ Judge Maria-Elena James

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD ROLLINS<br><br>　　Plaintiff,<br><br>vs.<br><br>DIVERSIFIED COLLECTION SERVICES, INC.; and DOES 1 to 10, inclusive,<br><br>　　Defendants. | Case No.: 12-cv-03148-MEJ<br><br>**VOLUNTARY DISMISSAL** |

## VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, RONALD ROLLINS (hereinafter "Plaintiff"), by and through his attorneys, PRICE LAW GROUP APC, hereby voluntarily dismisses the above-entitled case with prejudice.

RESPECTFULLY SUBMITTED,

DATED: September 10, 2012

**PRICE LAW GROUP APC**
By: /s/ G. Thomas Martin, III
G. Thomas Martin, III
Attorney for Plaintiff